MARY VENTO et al., as Administrators of the Estate of FRANK VENTO, Deceased, Appellants, *v.* SOUTH BROOKLYN RAILWAY COMPANY, Respondent.

(Argued May 1, 1936; decided May 19, 1936.)

*Francis J. Nicosia, Emanuel Forst* and *Charles E. Sorace* for appellants.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts, unless plaintiffs pay costs within thirty days in which event leave to withdraw appeal granted. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.